ROSE MORRIS PIGUERRA v. DONALD RAY PIGUERRA

No. 8119DC144

(Filed 6 October 1981)

**Appeal and Error § 39.1— dismissal of appeal not docketed in time**

Appeal is dismissed where the record on appeal was filed in the appellate court more than 150 days from the date notice of appeal was given in violation of Appellate Rule 12(a) and no extension of time for filing the record on appeal was requested or granted by the appellate court.

APPEAL by plaintiff from *Faggart, Judge.* Judgment signed 29 August 1980 in District Court, ROWAN County. Heard in the Court of Appeals 16 September 1981.

*Robert M. Davis for plaintiff appellant.*

*No counsel contra.*

MARTIN (Harry C.), Judge.

Plaintiff gave notice of appeal on 5 September 1980. The record on appeal was filed in this Court on 10 February 1981, more than 150 days from the date notice of appeal was given, in violation of Rule 12(a) of the North Carolina Rules of Appellate Procedure. No extension of time within which to file the record on appeal was requested or granted by this Court. N.C.R. App. P. 27(c). The North Carolina Rules of Appellate Procedure are mandatory. *Pruitt v. Wood,* 199 N.C. 788, 156 S.E. 126 (1930); *In re Allen,* 31 N.C. App. 597, 230 S.E. 2d 423 (1976). The appeal must be dismissed.

We also note that plaintiff and defendant failed to file the statement under oath required by N.C.G.S. 50A-9(a) in proceedings involving child custody.

Appeal dismissed.

Judges MARTIN (Robert M.) and BECTON concur.